⬥AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____So._____    DISTRICT OF    _____N. Y._____

07 cr 0737 (PKC)

APPEARANCE

Case Number:

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Cullen KA

I certify that I am admitted to practice in this court.   as pro hac vice —

_____1/14/08_____
Date

_____[signature]_____
Signature

Michael G. Berg         102972  CAl.
Print Name              Bar Number

401  W. "A" St., Ste. 2600
Address

San Diego        CA        92101
City             State     Zip Code

(619) 239-2186      (619) 696-1410
Phone Number        Fax Number