SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

U.S.A.                                    Plaintiff,

            - against -                                    07 cr 737 (____)

CULLEN HUMPHREY KA,        Defendant        **ORDER FOR ADMISSION**
                                                                **PRO HAC VICE**
                                                                **ON WRITTEN MOTION**

Upon the motion of MARC BERN

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>     USDS SDNY
>     DOCUMENT
>     ELECTRONICALLY FILED
>     DOC #: _____
>     DATE FILED: 2/5/08

Applicant's Name: Firm Name: MICHAEL BERG
Address: 401 WEST "A" ST., SUITE 2600
City/State/Zip: SAN DIEGO, CA 92101
Telephone/Fax: TEL: 619-239-2186; FAX 619-696-1410
Email Address: msberg@attglobal.net

is admitted to practice pro hac vice as counsel for DEFENDANT KA in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:     2-4-08
City, State:  N Y N Y

_____
United States District/Magistrate Judge

For Office Use Only: Fee Paid $        SDNY Receipt#
837850.1